IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| LINDSEY NELSON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 118-123 |
| | ) |
| JUDGE KATHY S. PALMER; | ) |
| HAYWARD ALTMAN, District Attorney; | ) |
| and LUCY JACKSON-BELL, Attorney, | ) |
| | ) |
| Defendants. | ) |

_____

**O R D E R**
_____

Plaintiff, an inmate at Coastal State Prison in Garden City, Georgia, commenced the above-captioned case pursuant to 42 U.S.C. § 1983. He is proceeding *pro se*. Defendant Jackson-Bell filed a motion to dismiss, brief in support of the motion to dismiss, and a motion to stay discovery on November 20, 2018. (Doc. nos. 15-17.)

A motion to dismiss is dispositive in nature, meaning that the granting of a motion to dismiss results in the dismissal of individual claims or an entire action. Plaintiff must respond to the motion to dismiss within fourteen days of service of the motion, and if Plaintiff fails to respond, the motion will be deemed unopposed and granted, resulting in the

dismissal of the claims that are the subject matter of the motion.[1]  See Loc. R. 7.5.  To assure that Plaintiff's responses are made with fair notice of the requirements of the Federal Rules of Civil procedure regarding motions to dismiss, generally, and motions to dismiss for failure to state a claim upon which relief may be granted, the Court **DIRECTS** the **CLERK** of **COURT** to attach a copy of Fed. R. Civ. P. 12 and 41 to Plaintiff's service copy of this Order.

SO ORDERED this 20th day of November, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff must also respond to the motion to stay the proceedings within fourteen days of service of that motion.  If Plaintiff fails to respond, the motion to stay will likewise be deemed unopposed.  See Loc. R. 7.5.