IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LINDSEY NELSON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-123 |
| | ) | |
| JUDGE KATHY S. PALMER; | ) | |
| HAYWARD ALTMAN, District Attorney; | ) | |
| and LUCY JACKSON-BELL, Attorney, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff commenced the above-captioned case pursuant to 42 U.S.C. § 1983 and is proceeding *pro se*. Defendant Lucy Jackson-Bell filed a motion to dismiss and supporting brief, as well as a motion to stay discovery, on November 20, 2018. (Doc. nos. 15, 16, 17.) The Certificate of Service on each filing states Defendant Jackson-Bell served Plaintiff at Montgomery State Prison in Mt. Vernon, Georgia. However, Plaintiff's address of record on the docket is Coastal State Prison in Garden City, Georgia.

Therefore, the Court **DIRECTS** Defendant Jackson-Bell to re-serve all three of her November 20th filings on Plaintiff at Coastal State Prison by no later than November 30, 2018, and file a certification that such service has been completed by that same deadline. In light of the confusion regarding service, the Court **EXTENDS** Plaintiff's deadline to December 21, 2018, for responding to Defendant Jackson-Bell's motions, as well as to the

motions to dismiss and stay, (doc. nos. 11, 12), filed by Defendants Palmer and Altman.

SO ORDERED this 26th day of November, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA