IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| LINDSEY NELSON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 118-123 |
| ) | |
| JUDGE KATHY S. PALMER; ) | |
| HAYWARD ALTMAN, District Attorney; ) | |
| and LUCY JACKSON-BELL, Attorney, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed, (doc. no. 43). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** the motions to dismiss, (doc. nos. 11, 16), **DISMISSES** any potential state law claims without prejudice, and **DISMISSES** this case. The Court **DIRECTS** the Clerk to enter an appropriate judgment of dismissal and **CLOSE** this case.

SO ORDERED this 13th day of June, 2019, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA